IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES ROBERT FLEISCHMAN, JR.,

    Plaintiff,

vs.                                        CASE NO. 5:06cv70--SPM/MD

WASHINGTON CORRECTIONAL
INSTITUTION, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 10) dated April 25, 2006. Plaintiff was furnished a copy and has filed a "Motion for My Appeal on Magistrate Judge Decision" (doc. 11), which the Court construes as an objection under Title 28, United States Code, Section 636(b)(1). Despite the objection, I find that the report and recommendation is correct and should be adopted by the Court.

The Magistrate Judge recommended dismissal of Plaintiff's case without prejudice as a sanction for failing to disclose the filing of a previous lawsuit that was dismissed prior to service. Plaintiff concedes that he failed to disclose the previous lawsuit. He argues, however, that his case should not be dismissed because he is proceeding pro se and because he was taking mind altering medications that

rendered him unable to understand his obligation to disclose previous lawsuits.

Even if Plaintiff was not deliberately untruthful, his failure to disclose his previous case demonstrates a reckless disregard of the requirements of litigation in federal court.  Apparently, Plaintiff did not take seriously his attestation under penalty of perjury that the information contained in his complaint form was true and correct.  Otherwise, Plaintiff would not have proceeded with litigation with his faculties impaired by mind altering medications.  Doing so demonstrates a frivolous attitude toward litigation in federal court that is inconsistent with the serious act of filing a lawsuit.

The Court finds it appropriate to dismiss this case without prejudice, which would allow Plaintiff to file his case again when his faculties are not impaired by mind altering medications.   Accordingly, it is

ORDERED AND ADJUDGED:

1.  The Magistrate Judge's report and recommendation (doc. 10) is adopted and incorporated by reference into this order.

2.  This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

3.  All pending motions are denied as moot.

DONE AND ORDERED this 21st day of June, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 5:06cv70-SPM/MD